**CALEB KIRK et al. v. THE FARMERS' BANK et al.**

Court of Chancery.   New Castle.   August 29, 1823.

*Ridgely's Notebook IV, 307.*

**ISAAC H. STARR v. THE BURGESSES AND BOROUGH COUNCIL OF WILMINGTON.**

Court of Chancery.   New Castle.   September 3, 1823.

*Ridgely's Notebook IV, 321.*

**JOSEPH WOLLASTON v. THOMAS PHILLIPS.**

Court of Chancery.   New Castle.   September 5, 1823.

*Ridgely's Notebook IV, 331.*

[For this case, see 1 Del.Ch. 271.]

**Ex parte JOHN DIXON, Executor of Amos Dixon.**

Court of Chancery.   New Castle.   April 17, 1824.

*Ridgely's Notebook IV, 404.*

[For this case, see 1 Del.Ch. 261.]